United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

MIRIAM DEL CARMEN SEVILLA MARIN,
    *Petitioner,*

v.

WARDEN LAREDO PROCESSING CENTER,
    *Respondent.*

§
§
§
§
§
§
§
§
§
§

Civil No. 5:26-cv-00822

## ORDER

Before the Court is the United States of America's Motion to Intervene.  Dkt. No. 11.  The Court must allow a party to intervene where they claim an interest in the outcome of the case, disposing of the matter would affect their ability to protect that interest, and the party is not adequately represented by existing parties.  Fed. R. Civ. P. 24(a)(2).  After due consideration, the Court finds that the United States meets these criteria in this habeas case.  Moreover, intervention would not unduly delay or prejudice the adjudication of Petitioner's rights.  *See* Fed. R. Civ. P. 24(b)(3).  On the contrary, the Court finds that allowing the United States to intervene will expedite its adjudication.  Accordingly, the United States of America's Motion to Intervene, Dkt. No. 11, is **GRANTED**.

The Clerk of Court is **DIRECTED** to file Dkt. No. 11-1 as Intervenor United States of America's Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment, with Dkt. No. 11-2 as an attachment.  Additionally, the Clerk of Court is

**DIRECTED** to mail a copy of this Order and a copy of Dkt. No. 11 by any receipted means

to Petitioner at:

Miriam Del Carmen Sevilla Marin
A # 241-949-504
Laredo Processing Center
4702 East Saunders Street
Laredo, Texas 78041


IT IS SO ORDERED

Signed this May 12, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge